# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:08cv47

| | |
|---|---|
| **LORIE OLLIS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| **BAUSCH & LOMB INCORPORATED,** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** is before the court on defendant's unopposed Motion to Stay All Proceedings Pending Decision by the Judicial Panel on MDL. Having considered defendant's unopposed motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's unopposed Motion to Stay All Proceedings Pending Decision by the Judicial Panel on MDL (#5) is **GRANTED,** and all proceedings in the matter are **STAYED** pending the decision of the Judicial Panel on Multidistrict Litigation in *In re Bausch & Lomb, Inc. Contact Lens Solution products Liability Litigation,* MDL No. 1785 (D.S.C.).

Signed: June 30, 2008

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge