# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:08cv47

| | |
|---|---|
| LORIE OLLIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| BAUSCH & LOMB INCORPORATED, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the court on periodic case review. Review of the pleadings in this matter reveals that this action was stayed in **June 2008** "pending a determination by the MDL Panel on whether to coordinate pretrial proceedings in this and related cases." Eighteen months have now passed and no Order has been filed with this court either indicating that a decision has been made or directing the transfer of this matter to such district. Further compounding the matter, the parties have provided the court with absolutely no correspondence or updates on any progress that has been made by the MDL panel. Thus, the court can see no reason to further stay this matter as it does not appear that this action is moving forward in another forum and had the court not stayed this proceeding, it is likely that this action would have been tried by this time.

# ORDER

**IT IS, THEREFORE, ORDERED** that the previous **STAY** is **DISSOLVED.** The parties shall conduct their IAC within 14 days of the filing of this Order and file their CIAC within seven days of conducting such conference.

Signed: February 17, 2010

Dennis L. Howell
United States Magistrate Judge