# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
### 5:08cv47

| | |
|---|---|
| **LORIE OLLIS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| **BAUSCH & LOMB INCORPORATED,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** is before the court on periodic case review and the Joint Status Report filed February 23, 2010. In that report, the parties report that this action was resolved before the MDL panel and a "Stipulation and Order of Dismissal with Prejudice" (#8-1) has been filed in that action. Based on such representation, the court will instruct the Clerk of this court to terminate this action.

## ORDER

**IT IS, THEREFORE, ORDERED** that the Clerk of this court terminate this action as a "Stipulation and Order of Dismissal With Prejudice" has been filed in MDL Docket No. 1785, Case No. 08-2686, in the District of South Carolina.

-1-

Signed: February 23, 2010

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge